UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREDDY ORJUELA, SR.,**

    **Petitioner,**

v.                              **CASE NO. 8:18-cv-848-T-27AEP**
                               **CRIM. CASE NO. 8:16-cr-397-T-27AEP**

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____/

## ORDER

**BEFORE THE COURT** is the government's Motion to Compel Former Defense Counsel to Disclose Substance of Communications (cv Dkt. 3). Upon consideration, the Court finds that, with respect to the claims raised by Petitioner in his § 2255 motion, the attorney-client privilege has been waived because of Petitioner's allegations of ineffective assistance. *See Johnson v. Alabama*, 256 F.3d 1156, 1179 (11th Cir. 2001) (a party waives its attorney-client privilege when it injects into the litigation an issue that requires testimony from its attorneys or testimony concerning the reasonableness of its attorneys' conduct).

Accordingly, it is **ORDERED** that:

1. The government's motion (cv Dkt. 3) is **GRANTED**. On or before June 25, 2018, Frank W. Zaremba, Esq., shall produce any relevant and necessary records (including correspondence) and provide an affidavit discussing communications with Petitioner concerning the claims Petitioner raises in his § 2255 motion.

2. The government's deadline for filing a response to the § 2255 motion is extended to July

6, 2018. Petitioner may file a reply to the response on or before August 6, 2018. The reply shall not exceed ten (10) pages.

      **DONE AND ORDERED** on June ___14th___, 2018.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Petitioner *pro se*; Counsel of Record